UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WENDY MANINT                                         CIVIL ACTION

VERSUS                                               NO: 06-9073

KLEIN'S RUG CLEANING, ET AL.                         SECTION: "J" (3)

**ORDER**

Before the Court is Plaintiff's Motion to Remand. (Doc. 6.) Defendants oppose the motion, arguing that federal jurisdiction exists pursuant to the MultiParty, Multiforum Trial Jurisdiction Act (MMTJA), 28 U.S.C. § 1369. (Docs. 8 and 9.) This Court rejects Defendants' interpretation of the MMTJA for the same reasons set forth by the undersigned in *Southall v. St. Paul Travelers Ins. Co.*, 2006 WL 2385365 (E.D. La. Aug. 16, 2006).

**IT IS ORDERED** that Plaintiff's Motion to Remand (Doc. 6) is **GRANTED**. The above-captioned action is **REMANDED** to the Civil District Court for the Parish of Orleans, State of Louisiana.

New Orleans, Louisiana this the 11th day of December, 2006.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE